S. LANE TUCKER
United States Attorney

CHRISTOPHER D. SCHROEDER
ADAM ALEXANDER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: christopher.schroeder@usdoj.gov
adam.alexander@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, Plaintiff, vs. DAVID WAYNE ANDERSON, Defendant. | No. 3:22-cr-00090-JMK-MMS <br><br> COUNT 1: <br> KIDNAPPING <br>   Vio. of 18 U.S.C. § 1201(a)(1) <br><br> COUNT 2: <br> FELON IN POSSESSION OF AMMUNITION <br>   Vio. of 18 U.S.C. § 922(g)(1) and 924(a)(2) <br><br> COUNT 3: <br> FELON IN POSSESSION OF A FIREARM <br>   Vio. of 18 U.S.C. § 922(g)(1) and 924(a)(2) |
|---|---|

I N D I C T M E N T

The Grand Jury charges that:

## COUNT 1

On or about November 2, 2022, within the District of Alaska, the defendant, DAVID WAYNE ANDERSON, did willfully and unlawfully seize, confine, kidnap, abduct, and carry away Victim 1, and hold Victim 1 for ransom, reward, and otherwise, and did use means, facilities, and instrumentalities of interstate commerce, to wit: a 1968 Chevrolet El Camino, .22 LR caliber ammunition, and a Sentinel .22 caliber revolver, in committing and in furtherance of the commission of the offense.

All of which is in violation of 18 U.S.C. § 1201(a)(1).

## COUNT 2

On or about November 2 through November 3, 2022, within the District of Alaska, the defendant, DAVID WAYNE ANDERSON, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, .22 LR caliber ammunition.

All of which is in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

## COUNT 3

On or about November 3, 2022, within the District of Alaska, the defendant, DAVID WAYNE ANDERSON, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: a SCCY CPX-2 9mm pistol.

All of which is in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

//

//

Conviction

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| December 17, 2001 | Sex Assault 1 | Alaska Superior Court, Third Judicial District | 3KN-00-00725CR |

A TRUE BILL.

                                                            s/ Grand Jury Foreperson
                                                          GRAND JURY FOREPERSON

s/ Christopher D. Schroeder
CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney
United States of America

s/ Adam Alexander
ADAM ALEXANDER
Assistant U.S. Attorney
United States of America

s/ Kate Vogel for
S. LANE TUCKER
United States Attorney
United States of America

Date:   November 15, 2022