Ben W. Muse
Assistant Federal Defender
Email: ben_muse@fd.org

Burke Wonnell
Assistant Federal Defender
Email: burke_wonnell@fd.org

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480

*Counsel for Defendant David Wayne Anderson*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  vs.<br><br>DAVID WAYNE ANDERSON,<br><br>               Defendant. | Case No. 3:22-cr-00090-SLG-MMS |

**DEFENDANT'S SENTENCING MEMORANDUM**

Mr. Anderson received a *de facto* life sentence after pleading guilty in state court to the conduct underlying his federal case and asks the Court to accept the parties' plea agreement at Dkt. 58, in which he has agreed to a sentence of 600 months (also likely to be a *de facto* life sentence, as Mr. Anderson is 52), to run concurrently with the life-sentence he has received in state court (3PA-22-02047CR). This sentence falls within Mr. Anderson's Guideline, which is 360-Life. He has no disagreement with the presentence report.

Mr. Anderson's conduct in this case was fueled by serious methamphetamine abuse, and he is very remorseful. His decision to accept responsibility for his conduct, knowing full well it meant a life-sentence, was driven by his desire to spare his victim additional trauma.

He respectfully requests that the Court accept the parties' agreement.

DATED at Anchorage, Alaska this 22nd day of May, 2025.

Respectfully submitted,
FEDERAL PUBLIC DEFENDER
DISTRICT OF ALASKA

*/s/ Ben W. Muse*
Ben W. Muse
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on May 22, 2025. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Ben W. Muse*